# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2017, I caused true and correct copies of the *Notice of Australia and New Zealand Banking Group Limited's Motion to Quash the Subpoena, or, for a Protective Order*, the *Memorandum of Law* in support thereof, the *Declaration of Adam S. Lurie* and attached exhibits, the *Rule 7.1 Statement*, and the *Individual Rules & Practices in Civil Cases for the Hon. Ronnie Abrams* to be served on the following counsel of record by first-class U.S. mail. I further certify that on June 22, 2017, I caused true and correct copies of the same to be delivered by Federal Express overnight delivery to the address below.

Peter H. Levitt
SHUTTS & BOWEN, LLP
201 S. Biscayne Boulevard, 1500 Miami Center
Miami, FL 33131
(305) 415-9447
(305) 445-9847 (fax)
plevitt@shutts.com

*Counsel for Applicant*
*APR Energy Holdings Limited*

Respectfully submitted,

Dated: June 23, 2017

*/s/ Adam S. Lurie*
Adam S. Lurie
LINKLATERS LLP
601 13th Street NW
Suite 400 South
Washington, D.C. 20005
(202) 654-9200
(202) 654-9210 (fax)
adam.lurie@linklaters.com

James Warnot
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9028
james.warnot@linklaters.com

*Counsel for Non-Party Respondent Australia*
*and New Zealand Banking Group Limited*