POWER RENTAL OP CO AUSTRALIA, LLC & ANOR
v
FORGE GROUP POWER PTY LIMITED (IN LIQUIDATION) (RECEIVERS
AND MANAGERS APPOINTED) & ANOR
[2017] HCASL 145
S39/2017

1      The applicants have not identified a question of law sufficient to warrant a grant of special leave to appeal and otherwise advance no arguable ground of appeal against the decision of the Court of Appeal of the Supreme Court of New South Wales (Ward JA, Bathurst CJ and Beazley P agreeing).  An appeal to this Court would enjoy no prospect of success.  And it would not be in the interests of justice generally or in the particular circumstances of this case to grant special leave.

2      Pursuant to r 41.08.1 of the High Court Rules 2004 (Cth), we direct the Registrar to draw up, sign and seal an order dismissing the application.

M.M. Gordon                          J.J. Edelman
15 June 2017

Retrieved from AustLII on 18 July 2017 at 10:31:56

Verify version