# High Court of Australia

## RESULTS OF APPLICATIONS LISTED FOR DETERMINATION

# SYDNEY

**THURSDAY, 15 JUNE 2017**

| No. | Applicant | Respondent | Court appealed from | Result |
|---|---|---|---|---|
| 1. | Chundru | Minister for Immigration and Border Protection & Anor (M32/2017) | High Court of Australia [2017] HCATrans 033 | Application dismissed [2017] HCASL 132 |
| 2. | Dickens | Levine (S59/2017 & S60/2017) | Full Court of the Family Court of Australia | Applications dismissed [2017] HCASL 133 |
| 3. | Dickens | Dickens & Anor (S61/2017, S62/2017 & S63/2017) | Full Court of the Family Court of Australia | Applications dismissed [2017] HCASL 134 |
| 4. | SZVVB | Minister for Immigration and Border Protection & Anor (S66/2017) | Federal Court of Australia [2017] FCA 207 | Application dismissed [2017] HCASL 135 |
| 5. | Davis | NSW Land and Housing Corporation (S25/2017) | Supreme Court of New South Wales (Court of Appeal) [2016] NSWCA 325 | Application dismissed with costs [2017] HCASL 136 |
| 6. | SZUVE | Minister for Immigration and Border Protection & Anor (S36/2017) | Federal Court of Australia [2017] FCA 38 | Application dismissed with costs [2017] HCASL 137 |
| 7. | GJ | AS (C5/2017) | Supreme Court of the Australian Capital Territory (Court of Appeal) [2017] ACTCA 7 | Application dismissed [2017] HCASL 138 |
| 8. | Kenney | Commonwealth Bank of Australia (P13/2017) | Supreme Court of Western Australia (Court of Appeal) [2017] WASCA 21 | Application dismissed [2017] HCASL 139 |
| 9. | SZUQB | Minister for Immigration and Border Protection & Anor (S58/2017) | Federal Court of Australia [2017] FCA 135 | Application dismissed [2017] HCASL 140 |
| 10. | SZFRG & Anor | Minister for Immigration and Border Protection (S65/2017) | Federal Court of Australia [2017] FCA 189 | Application dismissed [2017] HCASL 141 |
| 11. | AAY | The Queen (B8/2017) | Supreme Court of Queensland (Court of Appeal) [2016] QCA 300 | Application dismissed [2017] HCASL 142 |

| No. | Applicant | Respondent | Court appealed from | Result |
|---|---|---|---|---|
| 12. | Save Our Rail NSW Incorporated INC 9883299 | Hunter Development Corporation & Ors (S258/2015) | Supreme Court of New South Wales (Court of Appeal) [2015] NSWCA 346 | Application dismissed with costs [2017] HCASL 143 |
| 13. | Cherupalli | Minister for Immigration and Border Protection & Anor (S291/2016) | Federal Court of Australia [2016] FCA 1361 | Application dismissed with costs [2017] HCASL 144 |
| 14. | Power Rental Op Co Australia, LLC & Anor | Forge Group Power Pty Limited (in liquidation) (receivers and managers appointed) & Anor (S39/2017) | Supreme Court of New South Wales (Court of Appeal) [2017] NSWCA 8 | Application dismissed [2017] HCASL 145 |