

# HIGH COURT OF AUSTRALIA

CANBERRA OFFICE OF THE REGISTRY
P O Box 6309
CANBERRA  ACT  2604
olivia.gesini@hcourt.gov.au
http://www.hcourt.gov.au/

Telephone       (02) 6270 6857
Facsimile       (02) 6273 3025
ABN: 69 445 188 986

Our ref:  S39/2017
Your ref:  KRRS:PZKS:120432172

19 June 2017

Allens
Deutsche Bank Place
Corner Hunter and Phillip Streets
SYDNEY  NSW  2000

Dear Sir/Madam,

**Power Rental Op Co Australia, LLC & Anor v. Forge Group Power Pty Limited (in liquidation) (receivers and managers appointed) & Anor  (S39/2017)**

This application was determined by the Court, constituted by Justice Gordon, Justice Edelman, on Thursday, 15 June 2017 in Sydney.

The Court directed that the Registrar draw up, sign and seal an order that the application for special leave be dismissed. I enclose a copy of the sealed order of the Court.

The reasons for decision are available through http://www.hcourt.gov.au/publications/dispositions.  The citation of the reasons for decision is [2017] HCASL 145.

Yours faithfully,

Olivia Gesini
Deputy Registrar

IN THE HIGH COURT OF AUSTRALIA          No S39/2017
SYDNEY REGISTRY

BETWEEN:                            Power Rental Op Co Australia,
                                   LLC

                                        First Applicant

                                   Power Rental Asset Co Two, LLC

                                        Second Applicant

                                   and

                                   Forge Group Power Pty Limited
                                   (in liquidation) (receivers and
                                   managers appointed)
                                   ACN 103 678 324

                                        First Respondent

                                   General Electric International, Inc

                                        Second Respondent

HIGH COURT OF AUSTRALIA
FILED
19 JUN 2017
THE REGISTRY CANBERRA

## ORDER

JUSTICES:            Gordon and Edelman JJ

DATE GIVEN:          15 June 2017

INITIATING PROCESS:  Application for special leave to appeal

APPEARANCE:          Determined pursuant to Rule 41.08.1

THE COURT ORDERS THAT:

1.    The application for special leave to appeal to this Court from the
      judgment and order of the Court of Appeal of the Supreme Court of
      New South Wales given and made on the 6th day of February 2017 be
      dismissed.

DATE AUTHENTICATED:  19 June 2017

Deputy Registrar

This order was prepared in the Registry.